338

opinion filed July 28, 1948; rehearing denied October 5, 1948; released for publication October 7, 1948. Thomas H. Fisher, for appellant; Barre Blumenthal, Edward G. Berglund and Oscar S. Seaver, for various appellees. Opinion by JUSTICE BRISTOW. **Not to be published in full.**

George Middendorf, Appellant, v. Herman Loiseau, Appellee.

**Term No. 48M10.**

opinion filed September 24, 1948; released for publication October 28, 1948. Johnson & Johnson, for appellant; Hickey & Hickey, for appellee. Opinion by JUSTICE SCHEINEMAN. **Not to be published in full.**